UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EDWARD JONES, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. C14-669-RAJ-JPD <br><br> REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 16.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall re-evaluate the medical opinions and further evaluate the claimant's residual functional capacity assessment.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Richard A. Jones immediately approve this

REPORT AND RECOMMENDATION
PAGE - 1

1  Report and Recommendation.  The Clerk should note the matter for **October 16, 2014** as ready
2  for Judge Jones's consideration.  A proposed order accompanies this Report and
3  Recommendation.
4        DATED this 16th day of October, 2014.

                                                              */s/ James P. Donohue*
                                                              JAMES P. DONOHUE
                                                              United States Magistrate Judge