UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EDWARD JONES, | Case No. C14-669RAJ |
| Plaintiff, | ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the court on review of the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge. Judge Donohue recommends that the court adopt the parties stipulation to remand this case to the Commissioner for additional administrative proceedings. The court ADOPTS the R&R (Dkt. # 17) and REMANDS this action for further administrative proceedings in accordance with the parties' stipulation and the R&R. The clerk shall issue judgment for Plaintiff and ensure that Judge Donohue receives notice of this order.

DATED this 21st day of October, 2014.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Court Judge

ORDER
PAGE - 1