United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EDWARD JONES, | ) |
| | ) CASE NO.  2:14-cv-00669-RAJ |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER FOR EAJA FEES AND EXPENSES |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The court GRANTS the parties' stipulated motion (Dkt. # 20) for attorney fees and expenses.  The court awards Plaintiff attorney fees in the total amount of $3,169.33 and expenses in the amount of $22.64 (for postage) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Plaintiff's attorney, Amy Gilbrough.

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

Whether the check is made payable to Plaintiff, or to Amy Gilbrough, the check shall be mailed to Ms. Gilbrough at the following address: 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

Dated this 14th day of November, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055